### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MomsWIN, LLC and<br>ARIANA REED-HAGER,    )<br>                               )<br>        Plaintiffs,        )<br>                               )<br>vs.                            )<br>                               )<br>JOEY LUTES, and VIRTUAL WOW, Inc.,    )<br>and TODD GORDANIER,    )<br>                               )<br>        Defendants.        ) | Civil Action no. 02-2195-KHV |

### **JUDGMENT**

NOW on this 13th day of August, 2003, the above case comes for trial. Plaintiffs appear by Spencer Fane Britt & Browne LLP, by J. Nick Badgerow, Rebecca Stroder and Katherine M. Miller; Defendants appear by Tarak Devkota. After considering the evidence presented, and hearing the statements and arguments of counsel, and for good cause shown, the Court finds that Judgment should be entered in favor of Plaintiffs and against Defendants on all claims. Therefore, it is by the Court

ORDERED, ADJUDGED and DECREED that plaintiff MomsWIN, LLC is the sole and exclusive owner, possessing all right, title and interest, against all claimants, including defendants, of the copyrighted works "MomsWIN Default Website Template," U.S. Copyright Registration # TX-5-535-312, and "Family1st.biz Website", U.S. Copyright Registration # TX-5-524-687, and all derivative works appurtenant thereto (collectively, "Works"). Each party shall bear its own costs and attorneys' fees. It is further

ORDERED that defendants be and hereby are barred from any contact of each and every person who at any time, past, present, or future, participates in plaintiffs' "downline" in the Melaleuca organization. It is further

ORDERED that defendants be and hereby are barred from using plaintiffs' names in any

promotional manner or any defamatory, slanderous or untrue negative way.

    IT IS SO ORDERED.

                    s/ Kathryn H. Vratil
                    Kathryn H. Vratil
                    United States District Judge

Approved as for Form and Substance:
BOWERS & DEVKOTA

s/T. Alexander Devkota
T. Alexander Devkota
324 E. 11th Street, Suite 1700
Kansas City, Missouri 64106

ATTORNEYS FOR DEFENDANTS

SPENCER FANE BRITT & BROWNE LLP

s/Katherine M. Miller
J. Nick Badgerow        # 9138
Katherine M. Miller      # 20069
700/40 Corporate Woods
9401 Indian Creek Parkway
Overland Park, Kansas 66210
(913) 345-8100
(913) 345-0736 (Facsimile)

ATTORNEYS FOR PLAINTIFFS